**STATE of Missouri, Plaintiff/Respondent,**

**v.**

**Brandon BIBBS, Defendant/Appellant.**

**No. ED 98209.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 11, 2013.

Chris Koster, Timothy A. Blackwell, Attorney General, Assistant Attorney General, Jefferson City, MO, for respondent.

Maleaner Harvey, St. Louis, MO, for appellant.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J., concurring.

### *ORDER*

PER CURIAM.

Defendant, Brandon Bibbs, appeals from the judgment entered on a jury verdict finding him guilty of statutory rape in the first degree, in violation of section 566.032 RSMo (Cum.Supp.2006); two counts of statutory sodomy in the first degree, in violation of section 566.062 RSMo (Cum. Supp.2006); and kidnapping, in violation of section 565.110 RSMo (Cum.Supp.2006). The trial court found defendant to be a

prior and persistent offender and sentenced him to life imprisonment on each count, to be served consecutively.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).